**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7078**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILL HAMILTON,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Margaret B. Seymour, District
Judge.  (3:96-CR-00679-MBS-2)

Submitted: October 14, 2008          Decided:  October 20, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Will Hamilton, Appellant Pro Se.  Jane Barrett Taylor, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Will Hamilton appeals the district court's order denying his motion for sentence reduction pursuant to 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hamilton</u>, No. 3:96-cr-00679-MBS-2 (D.S.C. June 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>